UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELDI HOSPITALITY MANAGEMENT, *doing business as Holiday Inn Express*,

Plaintiff,

-v.-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

26 Civ. 1308 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 6, 2026, the Court granted the parties' joint request for Plaintiff to file a second amended complaint ("SAC) and for Defendant to answer or otherwise respond to the SAC on particular dates. (Dkt. #44). Because Plaintiff has now filed its SAC (Dkt. #45) and Defendant filed an answer (Dkt. #46), the parties are ORDERED to submit a joint civil case management plan and proposed scheduling order on or before **August 14, 2026**. Should the parties desire a conference to discuss case management concerns, they shall make such a request in their submission.

SO ORDERED.

Dated: August 4, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge